**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** FBI

**City** NATICK      **Related Case Information:**

**County** MIDDLESEX

Superseding Ind./ Inf.      Case No.
Same Defendant      New Defendant X
Magistrate Judge Case Number    19-MJ-2438 to 2441 (MBB)
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   VERONICA ZEA     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address    (City & State) SAN JOSE, CA

Birth date (Yr only): 1994   SSN (last4#): 5195   Sex W   Race: W   Nationality: USA

**Defense Counsel if known:** FRANK UBHAUS, ESQ     Address 10 Almaden Boulevard, 11th Floor

**Bar Number**                                                             San Jose, CA 95113

**U.S. Attorney Information:**

**AUSA** SETH B. KOSTO/DAVID J. D'ADDIO     Bar Number if applicable

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of     in
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:** ☐ Complaint     ☑ Information     ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 05/22/2020     Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   VERONICA ZEA

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | CYBERSTALKING CONSPIRACY | 1 |
| Set 2 | 18 USC 371 | WITNESS TAMPERING CONSPIRACY | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____