# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>BRIAN GILBERT,<br><br>　　　　Defendant. | Case No. 20-cr-10098-WGY |

### DEFENDANT'S MOTION TO CONTINUE RULE 11 HEARING

　　Defendant Brian Gilbert moves this Court to continue the Rule 11 hearing, currently scheduled for October 8, 2020 as he is unavailable on that date.  Assistant U.S. Attorney Seth Kosto assents to Mr. Gilbert's request for a brief continuance to October 29, 2020.

　　For the foregoing reasons, Mr. Gilbert respectfully requests that the Court ALLOW this Motion and continue the Rule 11 hearing to October 29, 2020 at 3:00 p.m.

Dated:  September 30, 2020　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　　　　MIRANDA KANE

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Miranda Kane*
　　　　　　　　　　　　　　　　　　　　　　　Miranda Kane
　　　　　　　　　　　　　　　　　　　　　　　Kane+Kimball LLP
　　　　　　　　　　　　　　　　　　　　　　　Counsel to Brian Gilbert

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2020.


　　　　　　　　　　　　　　　　　　　　　　　/s/ *Miranda Kane*
　　　　　　　　　　　　　　　　　　　　　　　Miranda Kane