```
 1                  UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS (Boston)

 3
                                         1:20-cr-10098-wgy-1
 4

 5

 6

 7

 8   *************************************
                                         *
 9   United States vs. Brian Gilbert     *   JUDGE'S FINDINGS
                                         *
10   *************************************

11

12

13

14

15        BEFORE:   Honorable Judge William G. Young

16

17

18
                        Richard H. Romanow
19                     Official Court Reporter
                     United States District Court
20                        1 Courthouse Way
                     Boston, Massachusetts 02210
21
                       Thursday, July 18, 2024
22

23

24

25
```

```
 1        THE COURT:  Mr. Brian Gilbert, in consideration of
 2   the offenses of which you stand convicted, the
 3   information from the United States Attorney, your
 4   attorney, the probation office, and yourself, pursuant
 5   to 18 United States Code, Section 3553(a), this Court
 6   adopts the joint recommendation, sentences you to time-
 7   served, places you on supervised release for a period of
 8   1 year with all the general conditions of supervised
 9   release and the special condition that you have no
10   contact whatsoever with the victims of your crime.  The
11   Court does fine you $20,000 and the Court must impose
12   and does a $200 special assessment as required by the
13   law.
14        Let me explain that sentence, sir.  I have little
15   to add because competent counsel, as well as
16   Ms. Steiner, has said it so well, your conduct is truly
17   appalling.  But for me to take time in this sentencing
18   hearing simply to heckor you adds nothing, and there's
19   no need for that.  We understand why this sentence is
20   what it is.
21        The question -- and Ms. Kane touches on it and
22   I've read the memorandum with care, that we're all left
23   with, the question I'm left with is how could you do
24   this?  How could you do this?  You achieved the
25   important position that you held within ebay precisely
```

```
 1    because of your exemplary law enforcement skills.
 2    Whatever happened to the moral compass that led you to
 3    that position?  She says we wrestled with that, I'm sure
 4    you did in this memo, because there's no adequate
 5    answer.  The best I can do is a warped corporate
 6    culture.  And if corporations are so powerful, if their
 7    perceived needs are so powerful as to ride rough-shod
 8    over the life's work of people of your background,
 9    training, and otherwise integrity, the country has much
10    to fear from corporations.  That's the question I am
11    left with.  This is a fair and a just sentence in these
12    unique circumstances.  I have nothing but praise for the
13    Office of the United States Attorney and your skilled
14    attorney in coming up with this joint recommendation.
15    As I said, I have little to add.
16         You have the right to appeal from any findings or
17    rulings the Court makes against you.  Should you appeal
18    and should your appeal be successful in whole or in part
19    and the case remanded, you'll be resentenced before
20    another judge.  Ms. Kane, if an appeal is decided upon,
21    you want transcript, seek it from this session of the
22    court because I'll turn it around right away.
23         Do you understand?
24         THE DEFENDANT:  Yes.
25         THE COURT:  Ms. Kane, do you understand?
```

1        MS. KANE:  Yes, your Honor.
2        THE COURT:  Very well.  That's the sentence of the
3   Court.  We'll recess.
4        MR. KOSTO:  Your Honor, as you're heading into
5   recess, may I ask, on behalf of the Steiners, they had
6   asked if the Court would make their victim impact
7   statements a part of the record in this matter?  And I
8   just wanted to leave that request with the Court.
9        THE COURT:  Absolutely.  The statements -- beyond
10  that, the statements have been telling in, um, and
11  persuasive by any measure informing the Court and they
12  should be part of the record for a crime that is truly
13  appalling.  Thank you, Mr. Kosto, that will be part of
14  the record.
15       We'll recess.
16       (Ends, 3:50 p.m.)
17
18
19
20
21
22
23
24
25