UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|        Plaintiff, ) | |
| ) | |
|   v. ) | CASE NO.  1:20-CR-10098-001-WGY |
| ) | |
| BRIAN GILBERT ) | |
|        Defendant. ) | |

### SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Brian Gilbert, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                                                       Respectfully submitted,

                                                       UNITED STATES OF AMERICA
                                                       By its attorneys

                                                       JOSHUA S. LEVY
                                                       Acting United States Attorney

                       By:     /s/ Carol E. Head
                                  CAROL E. HEAD
                                  Assistant United States Attorney
                                  One Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3100
                                  carol.head@usdoj.gov

Date: September 4, 2024

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Brian Gilbert located in San Jose, CA.

                                                       /s/ Carol. E. Head
                                                     CAROL E. HEAD
                                                     Assistant United States Attorney