

# Memorandum

To: The Honorable William G. Young, Senior U.S. District Judge

From: Andrew Kessler Cleary, Supervisory U.S. Probation Officer

Date: November 20, 2024

Re: Bryan Gilbert
Docket # 20CR10098-001-WGY
**<u>Request for Transfer of Jurisdiction</u>**

---

Attached you will find a property executed PF-22 signed by the Honorable Edward J. Davila, U.S. District Judge for the Northern District of California, agreeing to accept jurisdiction of this case as of November 18, 2024.

Please forward all the necessary papers to the Clerk of that Court at the following address in order to complete this transaction:

United States Probation Office
Robert F. Peckham Federal Building and United States Courthouse
280 South First Street, Suite 106
San Jose, CA 95113-3002

Thank you for your attention in this matter.

*/s/Andrew Kessler Cleary*
Andrew Kessler Cleary
Supervisory U.S. Probation Officer
