| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 1:20CR10098-001-WGY |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 24-00578-EJD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Massachusetts | DIVISION |
|---|---|---|
| Brian Gilbert  Northern District of California | NAME OF SENTENCING JUDGE  Honorable William G. Young | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/18/2024 — TO 07/17/2025 |

**OFFENSE**

Count 1: Conspiracy to commit Cyberstalking, in violation of 18 U.S.C. § 371; and Count 2: Conspiracy to Tamper with a Witness, in violation of 18 U.S.C. § 371.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Stable housing and strong family support within the Northern District of California.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Massachusetts__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/24/2024   *(signed)* William G. Young
*Date*   *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 18, 2024   *(signed)*
*Effective Date*   *United States District Judge*

1